**140**

---

John F. CUZZONE, Sr.

v.

John BETTENCOURT.

No. 82–302–M.P.

Supreme Court of Rhode Island.

July 22, 1982.

Quinn, Cuzzone, Geremia & Pennacchia, Samuel A. Miller, Providence, for petitioner.

John A. DeSano, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

---

Candace A. WHITMAN

v.

Donald R. WHITMAN.

No. 82–320–M.P.

Supreme Court of Rhode Island.

July 22, 1982.

Kirshenbaum & Kirshenbaum, Albert John Mainelli, Providence, for petitioner.

Howard I. Lipsey, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

---

John T. READ

v.

RHODE ISLAND HOSPITAL et al.

v.

Manuel E. SABORIO.

No. 82–319–M.P.

Supreme Court of Rhode Island.

July 29, 1982.

Tobin & Silverstein, John P. Barylick, Providence, for plaintiff-respondent.

John F. Dolan, Providence, for defendant-petitioner, Rhode Island Hospital.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied. The stay previously entered in this case is hereby vacated.

WEISBERGER and SHEA, JJ., did not participate.

---

Larry TAYLOR

v.

John MORAN.

No. 82–336–M.P.

Supreme Court of Rhode Island.

July 29, 1982.

Larry Taylor, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.

WEISBERGER and SHEA, JJ., did not participate.